# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-08-00709-CR

**Paul Glen McDonald, Appellant**

**v.**

**State of Texas, Appellee**

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
## NO. 07-1116-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Paul Glen McDonald pleaded guilty to possession of a controlled substance and, in accordance with a plea agreement, was sentenced to two years in jail, probated for four years. After the trial court granted the State's motion to revoke his probation, appellant filed a notice of appeal. However, the trial court has certified that the cause is a plea-bargain case and that appellant has no right of appeal. Thus, the appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed for Want of Jurisdiction

Filed: May 1, 2009

Do Not Publish